Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions.legal
drichard@sesssons.legal

Attorneys for Capital Management Services, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAY McELWAINE,<br><br>       Plaintiff,<br><br>vs.<br><br>CAPITAL MANAGEMENT<br>SERVICES, DOES 1 to 10,<br><br>       Defendants. | Case No.:<br><br>NOTICE OF REMOVAL OF ACTION<br>UNDER 28 U.S.C. § 1441(a) –<br>FEDERAL QUESTION |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE THAT defendant CAPITAL MANAGEMENT SERVICES, L.P. ("CMS") hereby removes to this Court the state court action described below.

1.    This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this

Court by defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that it arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227.  This Court also has supplemental jurisdiction over Plaintiff's claims arising under state law.  *See* 28 U.S.C. § 1367(a).

2.     On or about November 30, 2016 the action was commenced in the Superior Court of the State of California, County of Orange, entitled *Gay McElwaine v. Capital Management Services, Does 1 through 10*, Case No. 30-2016-00889778-CU-BT-CJC (the "State Court Action").  A copy of the Plaintiff's Summons and Complaint ("Complaint") and documents filed in the State Court Action are attached hereto as Exhibit A.

3.     The date upon which CMS first received a copy of the Complaint was December 7, 2016, when CMS was served with a copy of the Complaint.  Removal is therefore timely pursuant to 28 U.S.C. § 1446(b)(1).

4.     A copy of this Notice of Removal is being served upon Plaintiff and concurrently filed in the State Court Action.

5.     The State Court Action is located within the Central District of California.  Therefore, venue for purposes of removal is proper because the United States District Court for the Central District of California embraces the place in which the removed action was pending.  28 U.S.C. § 1441(a).

1      6.     Removal of the State Court Action is therefore proper under 28 U.S.C.

§§ 1441 and 1446.

Dated: 1/6/17              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant
Capital Management Services, L.P.

CASE NAME: Gay McElwaine v. Capital Management Services, et al.
CASE NO:

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. On this date I served the following:

**Notice of Removal of Action to Federal Court, Civil Cover Sheet,
Notice of Interested Parties**

( x ) BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

(   ) BY FEDERAL EXPRESS DELIVERY

I served a true and correct copy of the above-named documents by Federal Express by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the Federal Express location in San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

(   ) BY COURT'S CM/ECF ELECTRONIC FILING SERVER

I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

Wade A. Miller.
Wade Miller Law
235 East Broadway, Suite 424
Long Beach, CA 90802

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 6, 2017

Ann M. Coito