# EXHIBIT A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CAPITAL MANAGEMENT SERVICES, DOES 1 to 10,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
GAY McELWAINE

CONFIDENTIAL
DEC 0 7 2016
FOR ATTORNEY

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange
**11/30/2016** at 04:42:49 PM
Clerk of the Superior Court
By Jeanette Torres-Mendoza, Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of California
Central District - Santa Ana Courthouse
700 W Civic Center Drive, Santa Ana, CA 92701

**CASE NUMBER** *(Número del Caso)*: 30-2016-00889778-CU-BT-CJC
Judge Frederick P. Aguirre

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Wade A. Miller CBN 208980, 235 East Broadway Ste 424, Long Beach, CA 90802

DATE *(Fecha)*: 11/30/2016   ALAN CARLSON, Clerk of the Court   Clerk, by *(Secretario)* Jeannette Jones, Deputy *(Adjunto)*

Jeanette Torres-Mendoza

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☒ on behalf of (specify): Capital Management Services
   under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☒ other (specify): limited partnership
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Wade A. Miller, CBN 208980
WADE MILLER LAW
235 East Broadway, Suite 424
Long Beach, CA 90802
Telephone: (562) 437-6300

ELECTRONICALLY FILED
Superior Court of California,
County of Orange
11/30/2016 at 04:42:49 PM
Clerk of the Superior Court
By Jeanette Torres-Mendoza, Deputy Clerk

Attorneys for Plaintiff
Gay McElwaine

# SUPERIOR COURT OF CALIFORNIA
## ORANGE COUNTY
## CENTRAL DISTRICT

| | |
|---|---|
| GAY MCELWAINE,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL MANAGEMENT Services,<br>DOES 1 to 10,<br><br>    Defendants. | Case No.: 30-2016-00889778-CU-BT-CJC<br><br>COMPLAINT FOR VIOLATIONS OF THE CALIFORNIA ROSENTHAL ACT AND THE TELEPHONE CONSUMER PROTECTION ACT<br><br>Judge Frederick P. Aguirre |

Plaintiff Gay McElwaine ("McElwaine") files this civil action against Defendants Capital Management Services ("Capital Management Services") and Does 1 to 10, (collectively referenced as "Defendants") for failure to comply with the California Rosenthal Act and the Telephone Consumer Protection Act.

Plaintiff alleges on information and belief as follows:

## FACTS

1. Plaintiff resides in San Juan Capistrano, California.

2. Plaintiff incurred a consumer debt. She made monthly payments to Defendant on this debt until fall of 2015. Due to Plaintiff's financial difficulties,

1. Plaintiff stopped making payments on this debt.

2. 3. Despite making monthly payments during 2015 and 2016, Defendants constantly called Plaintiff on her cell phone to collect a higher monthly payment. She finally changed her cell phone number in the fall of 2016 due to the barrage of phone calls. Each of these calls to Defendants were made using an auto-dailer.

## PARTIES

4. Plaintiff is a natural person over the age of 18.

5. Capital Management Services is a corporation doing business in Orange County, California.

6. Plaintiff is informed and believes, and on that basis, alleges that at all relevant times, Does 1 to 10 and certain of the Defendants were acting as the agents, servants, employees, alter egos, successors or predecessors in interest and were acting within the course and scope of such relationship, with the knowledge, express or implied, of each such other named Defendant.

## JURISDICTION AND VENUE

7. The Superior Court has jurisdiction over this pursuant to Article VI § 4 of the California Constitution.

8. Venue is proper in Orange County where plaintiff was damaged.

## FIRST CAUSE OF ACTION

### (Against All Defendants)

### (For Violations of the California Rosenthal Act)

9. Plaintiff incorporates by reference herein each paragraph set forth above.

10. The Rosenthal Fair Debt Collection Practices Act, Civil Code § 1788 *et seq.* ( the "RFDCPA" ) was enacted in 1976 to ensure the integrity of our banking and credit industry. Civil Code § 1788.1(b). The Legislature found that "unfair or deceptive debt collection practices undermined public confidence which is essential to the continued functioning of the banking and credit system and sound extensions of credit." Civil Code § 1788.1(a)(2).

11. Credit Management Services is a "debt collector" that in the ordinary course of business, regularly, on behalf of himself or herself or others, engages in collection of consumer debts as that term is defined by California Civil Code §1788.2(c).

12. The debt which Defendants attempted to collect from Plaintiff is a "consumer debt" within the meaning of Civil Code § 1788.2(f).

13. Defendants violated the provisions of Civil Code § 1788.11(d) by causing a telephone to ring repeatedly or continuously to annoy the person called.

14. Defendants violated the provision of Civil Code § 1788.11(e) by communicating with such frequency as to be unreasonable and constitute a harassment under the circumstances.

15. Defendants violated the provisions of Civil Code § 1788.17 by having violated 15 U.S.C. §1692c(a)(2) as referenced by the RFDCPA.

16. As a proximate result of Defendants' violations enumerated above, Plaintiff has been damaged in amounts which are subject to proof, and is entitled to collect such actual damages from defendants.

17. Defendants' violation of the RFDCPA were willful and knowing, thereby entitling Plaintiff to actualy damanges as to proven at trial, as well as statutory damages.

18. Plaintiff is entitled to recover reasonable attorneys' fees and costs pursuant to Civil Code § 1788.30.

## SECOND CAUSE OF ACTION
### (Against all defendants)
### (For violation of the Telephone Consumer Protection Act)

19. Plaintiff incorporates by reference herein each paragraph set forth above.

20. Section 227 of the (b)(1)(A) of the Telephone Consumer Protection Act (47 U.S.C. § 227 et seq.) ("TCPA") provides in pertinent part that "[i]t shall be unlawful for any person . . . to make any call (other than a call made for emergency

purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice . . . to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.

21. Section 227 (b)(3)(B) provides for a private right of action for a person to bring in an appropriate court of that State an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater... "If the court finds that the defendant willfully or knowingly violated this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to no more than three times the amount available under ... this paragraph."

22. When Defendants began attempting to collect on a consumer debt, they began calling Plaintiff using an automatic telephone dialing system. None of the calls were for emergency purposes. Plaintiff did not give consent at any point to Defendants to call her. However, even assuming consent had been given when initially signing up to receive a loan, it was verbally revoked on mulitple occasions during the telephone calls between Plaintiff and Defendant.

23. Defendants willfully or knowingly violated section 227(b)(1)(A) of the TCPA.

24. Plaintiff has been damaged as the proximate and legal result of Defendants' above-described acts and is entitled to receive $500 in damages for each violation multiplied by three.

///

## RELIEF DEMANDED

*WHEREFORE*, Plaintiff prays for judgment as follows:

1. For compensatory damages;
2. For punitive damages;
3. For costs of suit herein incurred;
4. For pre-judgment interest to the extent permitted by law;
5. For reasonable attorney's fees; and
6. For any other further relief as the court may deem proper.

Dated: November 30, 2016

Respectfully submitted,

By: _____
Wade A. Miller, Esq.
Attorney for Plaintiff
Gay McElwaine