# JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gay McElwaine, ) | SACV 17-00024 JVS (KESx) |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL UPON |
| ) | SETTLEMENT OF CASE |
| v. ) | |
| ) | |
| Capital Management Services, L.P., ) | |
| ) | |
| Defendant(s). ) | |
| _____ ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:   February 16, 2017

_____
James V. Selna
United States District Judge