JS-6

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GAY McELWAINE, | ) | Case No. 17-CV-00024 JVS-KES |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| | ) | |
| CAPITAL MANAGEMENT SERVICES, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

Based on the stipulation of the parties, Plaintiff Gay McElwaine and Defendant Capital Management Services, L.P., this action is hereby dismissed with prejudice in its entirety. The parties shall bear their own costs and fees.

IT IS SO ORDERED.

Dated: March 16, 2017  _____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE